ESSENTIAL DOCUMENT

PROB 22
(Rev. 2/88)

U.S. DISTRICT COURT EASTERN DISTRICT OF LA
2005 JUN 20 AM 10:18
LORETTA G. WHYTE CLERK

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER (Tran. Court) | CR96-00943-WDK |
| DOCKET NUMBER (Rec. Court) | 05 cr 188 K-1 |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | REED, Brent |
| DISTRICT | Central California |
| DIVISION | |
| NAME OF SENTENCING JUDGE | Honorable William D. Keller |
| DATES OF PROBATION/ SUPERVISED RELEASE | FROM 12-17-04 TO 12-16-09 |

OFFENSE
18 USC 2113(a)(d): Armed bank robbery
18 USC 924(c): Use of a firearm during a crime of violence

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Central DISTRICT OF California

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Eastern District of Louisiana upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

May 6, 2005
*Date*

William D. Keller
*United Sates District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern DISTRICT OF Louisiana

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

___ Fee___________
___ Process_________
X Dktd_________
✓ CtRmDep_________
___ Doc. No._________

June 14, 2005
*Effective Date*

[signature]
*United States District Judge*